Sealed cc: *[handwritten notation]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES ex rel.** | : | CIVIL ACTION NO. 1:04-CV-1978 |
| **JUDY THERES,** | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GUARDIAN ELDERCARE PC,** | : | |
| Defendant | : | |

*FILED HARRISBURG, PA JUN 17 2005 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk*

## ORDER

AND NOW, this 17th day of June, 2005, upon consideration of the notice of consent (Doc. 10) filed by the United States, consenting to the dismissal of the above-captioned action and requesting that certain documents be unsealed, see 31 U.S.C. § 3730(b)(1), and it appearing that this case was dismissed without prejudice by a prior order (see Doc. 8), it is hereby ORDERED that:

1. The order of court (Doc. 8) dismissing this case without prejudice is REAFFIRMED.

2. The Clerk of Court is directed to UNSEAL the complaint (Doc. 1) and the notice of consent (Doc. 10).

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge